[No. 8479–8–I. Division One. February 8, 1982.]

KEN GORSHKOW, ET AL, *Appellants*, v. PAUL A. BUTRIM, ET AL, *Respondents*.

Appeal from judgments of the Superior Court for King County, No. 823785, James J. Dore, J., entered January 15, January 31, April 22, and June 19, 1980. *Affirmed* by

unpublished per curiam opinion.